UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ AND ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                     Plaintiff,

-against-

YARD HOUSE USA, INC.,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

19 Civ. 9908 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' pre-motion letters, ECF Nos. 12, 13, it is hereby ORDERED that:

1. By **March 2, 2020**, Defendant shall file its motion to dismiss;
2. By **March 23, 2020**, Plaintiff shall file his opposition; and
3. By **April 6, 2020**, Defendant shall file its reply, if any.

The initial pretrial conference scheduled for February 6, 2020, at 1:00 p.m. is not adjourned.

SO ORDERED.

Dated: February 5, 2020
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge