```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ AND ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

           Plaintiff,

-against-

YARD HOUSE USA, INC.,

           Defendant.

19 Civ. 9908 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' pre-motion letters, ECF Nos. 27, 28, it is hereby ORDERED that:

1. By **June 10, 2020**, Defendant shall file its motion to dismiss;
2. By **July 1, 2020**, Plaintiff shall file his opposition; and
3. By **July 15, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge